APPEAL OF MINNIE S. LEHN, EXECUTRIX, ESTATE OF WILLIAM
LEHN.

Docket No. 9472.     Decided September 15, 1926.

*M. L. McLaren, C. P. A.*, for the petitioner.
*A. Calder Mackay, Esq.*, for the Commissioner.

### FINDINGS OF FACT.

William Lehn died subsequent to 1921. During the calendar years
1920 and 1921, he was a resident and citizen of California, married
and living with his wife. At the time required by law, the peti-
tioner and his wife, Minnie S. Lehn, filed separate returns for the
years involved, each reporting one-half of the income of the marital
community for said years. The Commissioner held that the entire
income belonged to the husband and increased the income as shown
by his returns by the amounts reported by his wife, and computed
the deficiencies of $338.32 and $1,184.46.

### OPINION.

LITTLETON: The decision of the question involved in this proceed-
ing is governed by the opinion of the court in *United States* v. *Rob-
bins*, 269 U. S. 315, and the decision of the Board in the *Appeal of
D. Cerruti*, 4 B. T. A. 682.

*Judgment for the Commissioner.*